JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY BAGHAT ALEXAN, | ) Case No. 2:24-cv-07696-CAS-MAA |
| | ) |
| Plaintiff, | ) [~~PROPOSED~~] |
| vs. | ) **JUDGMENT** |
| | ) |
| LELAND DUDEK, Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

The Court hereby approves the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged with this Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: 03/21/2025

_____
HON. MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE