1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9                 CENTRAL DISTRICT OF

10           CALIFORNIA WESTERN DIVISION

11

12   Nancy Baghat Alexan,              )        Case: 2:24-cv-07696-CAS-MAAx

13            Plaintiff.               )
                                       )
                                       )        **ORDER AWARDING EAJA**
14            vs.                      )        **FEES**
                                       )
15   Frank Bisignano,[1]               )
                                       )
16   Commissioner of Social Security,  )
                                       )
17            Defendant.               )

18

19       Based upon the parties' Stipulation for Award of EAJA Fees Pursuant to the

20   Equal Access to Justice Act 28 U.S.C. §2412(d) ("Stipulation"),

21       IT IS ORDERED that EAJA fees are awarded in the amount of $7,300, subject

22   to the terms of the Stipulation.  IT IS ORDERED that EAJA fees are awarded to

23   Plaintiff in the amount of $7,300, subject to any federal debt owed by the Plaintiff.

24   If the Department of the Treasury determines that Plaintiff does not owe a federal

25   debt, the government shall cause the payment of fees be made directly to Eddy Pierre

26   _____

[1] Frank Bisignano is now the Commissioner of Social Security. Pursuant to Rule 25(d) of
27   the Federal Rules of Civil Procedure, Frank Bisignano should be substituted as the
     defendant in this suit. No further action need be taken to continue this suit by reason of the
28   last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1    Pierre and/or Pierre Pierre Law, P.C., pursuant to the Assignment executed by

2    Plaintiff.  Any payments made shall be delivered to Plaintiff's counsel.

3

4    Dated:  June 25, 2025

5                                          Hon. Christina A. Snyder

6                                          United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28